# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 8, 2019

## NO. 03-19-00032-CR

**Sylvia Emiabata, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM COUNTY COURT AT LAW NO. 2 OF TRAVIS COUNTY**
**BEFORE JUSTICES GOODWIN, BAKER, AND TRIANA**
**DISMISSED FOR WANT OF JURISDICTION—OPINION BY JUSTICE TRIANA**

This is an appeal from an order of dismissal signed by the county court at law. Having reviewed the record, it appears that the Court lacks jurisdiction over this appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.